UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PIERCEALL,<br><br>        Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A.,<br><br>        Defendant. | Case No.: 21-CV-492 JLS (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>(ECF No. 9) |

Presently before the Court is the Parties' Joint Motion for Dismissal of Entire Action with Prejudice (ECF No. 9). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE**, with each Party to bear its or his own costs and attorney's fees. The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: June 29, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge